Thornton Davidson #166487
DAVIDSON & HAWKINS
Attorneys at Law
2055 San Joaquin Street
Fresno, California 93721
Telephone: (559) 256-9800
Facsimile: (559) 256-9791

Attorney for Plaintiff, ROBERT CARSON

Gregory Myers # 95743
City Attorney's Office
Fresno City Hall
2600 Fresno Street, 2nd Fl.
Fresno, CA 93721-3600
Phone: 559-621-7500
Fax: 559-488-1084

Attorney for Defendants, CITY OF FRESNO, DAVE UNRUH, and JOHN OVERSTREET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION
* * * * *

| | |
|---|---|
| ROBERT CARSON | CASE No.: 1:08-cv-468 |
| Plaintiffs, | **STIPULATION AND ORDER AMENDING SCHEDULING ORDER AND CONTINUING REBUTTAL EXPERT DEADLINE** |
| vs. | |
| THE CITY OF FRESNO, officer DAVE UNRUH, an individual, officer JOHN OVERSTREET, an individual, and DOES 1-40, inclusive. | |
| Defendants. | |

_____/

//

1

The parties, through their counsel of record, hereby stipulate to entry of an order amending the scheduling order enter on June 30, 2009 on the following grounds for good cause:

1. In the Court's Scheduling Order of June 30, 2008, an expert disclosure deadline was set for Friday, July 10, 2009, with a rebuttal expert deadline of Monday, July 13, 2009.

2. Given that the deadlines were only separated by a weekend, the parties believe that it was not sufficient time to supplement experts or designate rebuttal experts.

3. Therefore, the parties request an order extending this deadline to July 22, 2009.

Dated on July 16, 2009 in Fresno, California.

        DAVIDSON & HAWKINS
        Attorneys at Law

        /S/ Thornton Davidson
        By: THORNTON DAVIDSON
        Attorneys for Plaintiff,
        ROBERT CARSON

Dated on July 16, 2009 in Fresno, California.

        Fresno City Attorneys Office

        /S/ Gregory Myers
        By: GREGORY MYERS
        Attorney for Defendants,
        THE CITY OF FRESNO, DAVE UNRUH, and
        JOHN OVERSTREET

**ORDER**

Good cause having been shown, an order extending the rebuttal expert deadline from July 13, 2009 to July 22, 2009 is therefore entered.

IT IS SO ORDERED.

Dated 21 July 2009            /s/ *Dennis L. Beck*
                              US MAGISTRATE JUDGE