IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT CARSON,** | 1:08-CV-468  AWI DLB |
| **Plaintiffs**, | |
| v. | ORDER SETTING RELATED TRIAL DATES AND CORRECTING DOCKET |
| **THE CITY OF FRESNO, JAMES OVERSTREET, individually, DAVE UNRUH, individually, and DOES 1-40,** | |
| **Defendants.** | |

On November 19, 2009, the Court vacated the trial date and other related dates due to representations from counsel regarding the medical condition of Plaintiff.  On December 14, 2009, a status conference was held in which Plaintiff's counsel presented an update and physician's note regarding Plaintiff's condition and prognosis.  In light of that information, a new trial date was agreed upon.  This order memorializes the trial date and associated dates that were set at the status conference.

Additionally, the style and docket of this case name a defendant as "Dave Uhruh." However, submissions from the parties indicate that the name is actually "Dave Unruh."  The Court will order the docket corrected.

Accordingly, IT IS HEREBY ORDERED that:

1. TRIAL in this case is SET for JUNE 15, 2010, at 9:00 a.m. in Courtroom No. 2;
2. The PRE-TRIAL CONFERENCE in this case is SET for MAY 6, 2010, at 8:30 a.m. in Courtroom No.2;
3. The TRIAL CONFIRMATION and hearing on motions in limine will be set for JUNE 1, 2010 at 1:30 p.m. in Courtroom No. 2; and
4. The Clerk shall correct the docket's spelling of party "Dave Uhruh" to "Dave Unruh."

IT IS SO ORDERED.

**Dated:   December 15, 2009**              **/s/ Anthony W. Ishii**
                                         CHIEF UNITED STATES DISTRICT JUDGE

2