1  Thornton Davidson #166487
2  DAVIDSON & HAWKINS
   Attorneys at Law
3  2055 San Joaquin Street
   Fresno, California 93721
4  Telephone:  (559) 256-9800
   Facsimile:  (559) 256-9791
5
6  Attorney for Plaintiff, ROBERT CARSON

7  Rosemary McGuire, # 172549
   Weakley Arendt & McGuire LLP
8  1630 E Shaw Ave #176
   Fresno, CA 93710
9  Telephone: (559) 221-5256
   Facsimile: (559) 221-5262
10
11 Attorney for Defendants, CITY OF FRESNO, DAVE UNRUH, and JOHN OVERSTREET

12

13                      UNITED STATES DISTRICT COURT
                         EASTERN DISTRICT OF CALIFORNIA
14                              FRESNO DIVISION
                                  * * * * *
15

16 ROBERT CARSON                              CASE No.: 1:08-cv-468
17
          Plaintiffs,                         **AMENDED STIPULATION AND**
18                                            **ORDER TO FILE MOTION**
   vs.                                        **ON SHORTENED TIME**
19
20 THE CITY OF FRESNO, officer
   DAVE UNRUH, an individual,
21 officer JOHN OVERSTREET, an
   individual, and DOES 1-40,
22 inclusive.
23
          Defendants.
24
25
26 _____/
27 //
28 //

                                    1
_____

1. The parties, through their counsels of record, hereby stipulate to the entry of an order allowing Plaintiff to file his MOTION TO MODIFY SCHEDULING ORDER OR, ALTERNATIVELY, FOR TERMINATING SANCTIONS on shortened time.

2. Good cause exists on the grounds that trial is set for June 15, 2010, with a pre-trial conference set for May 6, 2010, and both parties agree that the motion should be filed prior to the Pre-Trial Conference.

3. The parties respectfully request that the Court set the following briefing and hearing schedule:

   a. The motion is to be heard on May 14, 2010, in Courtroom 9, at 9:00 a.m., before the Honorable Judge Beck.

   b. A copy of the order and the moving papers are to be filed and served by ECF on all parties or counsel, on or before April 26, 2010.

   c. Any opposition to the motion is to be filed and served by ECF on all counsel or parties, on or before May 7, 2010.

   d. Reply papers, if any, are to be filed and served by ECF on all counsel or parties, on or before May 10, 2010.

Dated on April 22, 2010 in Fresno, California.

THORNTON DAVIDSON & ASSOCIATES

/S/ Thornton Davidson
By:          THORNTON DAVIDSON
Attorneys for Plaintiff,
ROBERT CARSON

Dated on April 22, 2010, in Fresno, California.

Fresno City Attorneys Office

/S/ Rosemary McGuire
By:          ROSEMARY MCGUIRE
Attorney for Defendants,
THE CITY OF FRESNO, DAVE UNRUH, and JOHN OVERSTREET

**ORDER**

Good cause having been shown, the Court enters the follow order:

    a.    Plaintiff's motion is to be heard on May 14, 2010, in Courtroom 9, at 9:00 a.m., before the Honorable Judge Beck.

    b.    A copy of the order and the moving papers are to be filed and served by ECF on all parties or counsel, on or before April 26, 2010.

    c.    Any opposition to the motion is to be filed and served by ECF on all counsel or parties, on or before May 7, 2010.

    d.    Reply papers, if any, are to be filed and served by ECF on all counsel or parties, on or before May 10, 2010.

IT IS SO ORDERED.

Dated: 23 April 2010                              /s/ Dennis L. Beck
                                                      HON. JUDGE DENNIS L. BECK