Thornton Davidson #166487
THORNTON DAVIDSON & ASSOCIATES
2055 San Joaquin Street
Fresno, California 93721
Telephone: (559) 256-9800
Facsimile: (559) 256-9791

Attorney for Plaintiff, ROBERT CARSON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION
* * * * *

| | |
|---|---|
| ROBERT CARSON<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF FRESNO, officer DAVE UNRUH, an individual, officer JOHN OVERSTREET, an individual, and DOES 1-40, inclusive,<br><br>Defendants.<br>_____/ | CASE No.: 1:08-cv-468<br><br>**APPLICATION TO FILE DECLARATION OF THORNTON DAVIDSON IN SUPPORT OF PLAINTIFFS MOTION TO MODIFY SCHEDULING ORDER OR, ALTERNATIVELY, FOR TERMINATING SANCTIONS, UNDER SEAL** |

Plaintiff ROBERT CARSON respectfully requests pursuant to Local Rule 141(d) and Fed. R. Civ. P. 39, that the DECLARATION OF THORNTON DAVIDSON IN SUPPORT OF PLAINTIFFS MOTION TO MODIFY SCHEDULING ORDER OR, ALTERNATIVELY, FOR TERMINATING SANCTIONS and its accompanying exhibits be filed confidentially and under seal.

The basis for this request is that the parties in this matter previously entered (and the Court signed on November 10, 2010) a protective order which protects the documents described in and included as exhibits to the declaration from being disclosed to the public. (See

1
_____

Docket No. 37).  Since the protected documents are described in and must be attached to the declaration, Plaintiff requests that both the declaration and its accompanying exhibits be filed confidentially and under seal.

Dated on April 23, 2010 in Fresno, California.

THORNTON DAVIDSON & ASSOCIATES

By: /S/ Thornton Davidson
    THORNTON DAVIDSON
    Attorneys for Plaintiff,
ROBE    RT CARSON

**ORDER**

No good cause having been shown, the Court enters the follow order:

Plaintiff's application to file the DECLARATION OF THORNTON DAVIDSON IN SUPPORT OF PLAINTIFFS MOTION TO MODIFY SCHEDULING ORDER OR, ALTERNATIVELY, FOR TERMINATING SANCTIONS confidentially and under seal.

IS DENIED.

IT IS SO ORDERED.

Dated: 27 April 2010          /s/ Dennis L. Beck
                              HON. JUDGE DENNIS L. BECK