Rosemary T. McGuire, Esq.   Bar No. 142937

WEAKLEY, ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California   93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendant, CITY OF FRESNO, JOHN OVERSTREET, and DAVE UNRUH

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CARSON, | CASE NO. 1:08-CV-468-AWI-DLB |
| Plaintiff, | **STIPULATION AND ORDER** |
| vs. | |
| CITY OF FRESNO, JOHN OVERSTREET, individually, DAVE UHRUH, individually, and DOES 1-40 | |
| Defendants. | Trial Date: June 15, 2010 |

Plaintiff by and through his counsel of record and defendants by and through their counsel of record hereby stipulate to continue the deadline date to file the joint pretrial statement from April 29, 2010 to May 4, 2010.  The joint pretrial statement must be filed with the court no later than 1:00 p.m. on May 4, 2010.

DATED: April 28, 2010               WEAKLEY, ARENDT & McGUIRE, LLP


                        By:    /s/ Rosemary T. McGuire
                               Rosemary T. McGuire
                               Attorneys for Defendants

Stipulation and Proposed Order

| | | |
|---|---|---|
| DATED: April 28, 2010 | | THORNTON DAVIDSON & ASSOCIATES |
| | By: | /s/ Thornton Davidson |
| | | Thornton Davidson |
| | | Attorneys for Plaintiff |

## **ORDER**

The parties having stipulated thereto and good cause appearing therefore, IT IS HEREBY ORDERED that the deadline date to file the joint pretrial statement in this matter be continued from April 29, 2010 to May 4, 2010, no later than 1:00 p.m.

IT IS SO ORDERED.

**Dated:   April 28, 2010**                    **/s/ Anthony W. Ishii**
                                        CHIEF UNITED STATES DISTRICT JUDGE

---
Stipulation and Proposed Order                     2