**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ROBERT CARSON,** | 1:08-CV-468 AWI DLB |
| Plaintiffs, | **ORDER VACATING PRE-TRIAL CONFERENCE DATE** |
| v. | |
| **THE CITY OF FRESNO, JAMES OVERSTREET, individually, DAVE UNRUH, individually, and DOES 1-40,** | |
| Defendants. | |

Trial in this matter is set for June 15, 2010. The pre-trial conference is set for May 6, 2010. Plaintiff has filed a motion to re-open discovery and to continue the trial. This motion is set for hearing on May 14, 2010, before Magistrate Judge Beck. On May 4, 2010, the Court received the parties' joint pre-trial statement. Having reviewed the pre-trial statement, the Court believes that the pre-trial conference should be vacated until Magistrate Judge Beck rules on Plaintiff's motion to "re-open."

Accordingly, IT IS HEREBY ORDERED that:

1. The May 6, 2010, pre-trial conference is VACATED; and

2. As part of the Magistrate Judge's ruling on Plaintiff's motion to "re-open," a new pre-trial conference date shall be included.

IT IS SO ORDERED.

Dated:   May 4, 2010                             /s/ Anthony W. Ishii
                                      CHIEF UNITED STATES DISTRICT JUDGE